UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE COMPANY,

                Plaintiff,

    -against-

NATIONAL CASUALTY COMPANY,

                Defendant.

-----------------------------------------------------------------------X

Civil Case No.: 2:24-cv-00215

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant National Casualty Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: May 31, 2024

| USERY & ASSOCIATES | KENNEDYS CMK LLP |
|---|---|
| By: /s/Michele A. Lo Presti-Wouters<br>Michele A. Lo Presti-Wouters<br>*Attorneys for Plaintiff The Charter Oak Fire Insurance Company*<br>P.O. Box 2996<br>Hartford, CT 06104-2996<br>P: (631) 501-3095<br>F: (844) 571-3789<br>Email: mloprest@travelers.com | By: /s/Thomas C. Kaufman<br>Thomas C. Kaufman<br>*Attorneys for Defendant National Casualty Company*<br>570 Lexington Avenue, 8th Floor<br>New York, NY 10022<br>(212) 252-0004<br>thomas.kaufman@kennedyslaw.com |

SO ORDERED:

_____
U.S.D.J.